# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF ARIZONA

In re:  Case No.: 2:08–bk–13690–CGC

AMBASSADOR POOLS, INC.  Chapter: 7
17623 W. POLARIS DR.
GOODYEAR, AZ 85338
**SSAN:**
**EIN:** 86–0982730

Debtor(s)

## NOTICE OF ENTRY OF JUDGMENT OR ORDER

You are hereby notified that on March 3, 2009, this Court entered the enclosed judgment or order on the docket for the above–entitled proceeding.

I hereby certify that on this date a copy of this notice and the judgment or order were sent to the Bankruptcy Noticing Center for mailing to the parties and the U.S. Trustee.

**Date: March 3, 2009**

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court, Arizona<br>230 North First Avenue, Suite 101<br>Phoenix, AZ 85003–1727<br>Telephone number: (602) 682–4000<br>www.azb.uscourts.gov | Clerk of the Bankruptcy Court:<br><br>**Brian D. Karth** |

# CERTIFICATE OF NOTICE

```
District/off: 0970-2          User: durant              Page 1 of 1               Date Rcvd: Mar 03, 2009
Case: 08-13690                Form ID: ntcntry          Total Served: 3
```

The following entities were served by first class mail on Mar 05, 2009.
```
db          +AMBASSADOR POOLS, INC.,    17623 W. POLARIS DR.,    GOODYEAR, AZ 85338-5475
aty          JOSEPH W. CHARLES,    PO BOX 1737,    GLENDALE, AZ  85311-1737
cr          +MELISSA TORREALDAY,    NUSSBAUM & GILLIS, P.C.,    c/o Gregory P. Gillis,
              14500 N. NORTHSIGHT BLVD., SUITE 116,    SCOTTSDALE, AZ 85260-3659
```

The following entities were served by electronic transmission.
NONE.                                                                                            TOTAL: 0

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 05, 2009**                           Signature:    /s/ Joseph Speetjens